1  K. Randolph Moore, Esq. 106933
   Tanya E. Moore, Esq. 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11 | RONALD MOORE,                          ) No.  5-10-CV-02236 PSG
                                            )
12 |          Plaintiff,                    ) **STIPULATION AND ORDER TO FILE**
                                            ) **FIRST AMENDED COMPLAINT**
13 |    vs.                                 )
                                            )
14 | GENUINE AUTOMOTIVE INC., DONALD        )
   | A. PECK, TRUSTEE of PECK 1993 TRUST,   )
15 | ELIZABETH CERRITO, TRUSTEE OF THE      )
   | ELIZABETH CERRITO TRUST,  JACK         )
16 | CINOTTO SR., LENORE HILSON and         )
   | WINSTON TIRES,                         )
17 |                                        )
   |                                        )
18 |          Defendants.                   )
                                            )
19                                          )
                                            )
20 |_____)

21     IT IS HEREBY STIPULATED by and between the parties hereto through their

22 respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of

23 which is attached hereto.

24     IT IS FURTHER STIPULATED that the defendant Genuine Automotive, Inc. waives

25 notice and service of the First Amended Complaint.  Donald A. Peck, Trustee of Peck 1993

26 Trust, agrees to accept service of the First Amended Complaint via electronic email via its

27 attorney, Kate Wilson, and will have twenty-one (21) days from such service to answer the

28
   *Moore v. Genuine Automotive, Inc., et al.*

   Stipulation and Order to File First Amended Complaint

                                    Page 1

First Amended Complaint. Defendant Genuine Automotive, Inc. shall not be required to answer the amendment, and all denials, responses and affirmative defenses contained in the answer filed by defendant Genuine Automotive, Inc. to the original complaint shall be deemed responsive to the amended complaint.

IT IS SO STIPULATED.

Dated: January 12, 2011    BERLINER COHEN

By: /s/ Kate Wilson
Kate Wilson, Esq.
Attorneys for Defendant Donald A. Peck,
Trustee of Peck 1993 Trust

Dated: November 22, 2010

By:/s/ Philip Roggeveen
Philip Roggeveen
Attorney for Defendant Genuine Automotive, Inc.

Dated: October 22, 2010    MOORE LAW FIRM, PC

By: /s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Ronald Moore

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the First Amended Complaint be filed forthwith.

**IT IS SO ORDERED.**

Dated: January 19, 2011    *Paul S. Grewal*
U.S. MAGISTRATE JUDGE PAUL S. GREWAL

*Moore v. Genuine Automotive, Inc., et al.*

Stipulation and Order to File First Amended Complaint

Page 2