UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RONALD MOORE, | ) | Case No.: C 10-2236 PSG |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| GENUINE AUTOMOTIVE, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |

According to the May 24, 2011 Scheduling Order for Cases Asserting Denial of Right of Access under American with Disabilities Act, Plaintiff was required to file a "Notice of Need for Mediation" no later than October 16, 2010. Accordingly,

IT IS HEREBY ORDERED that the Plaintiff shall show cause why the case should not be dismissed. Plaintiff shall show cause in writing no later than August 16, 2011. If Plaintiff does not respond in writing by August 16, 2011, Plaintiff and Defendants shall appear before the court on Tuesday, August 23, 2011 at 2 p.m., and Plaintiff shall show cause why the case should not be dismissed.

Dated: 8/4/2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER