UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| RONALD MOORE,<br>          Plaintiff,<br><br>     v.<br>GENUINE AUTOMOTIVE, INC., et al.,<br>          Defendants.<br>_____/ | No. C 10-2236 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:          November 30, 2011<br>Mediator:    Jamie Dupree |

    IT IS HEREBY ORDERED that the requests to excuse named defendants Elizabeth Cerrito, Jack Cinotto, Sr. and Lenore Hilson from appearing in person at the November 30, 2011, mediation before Jamie Dupree are GRANTED.  Ms. Cerrito shall appear telephonically at the session in accordance with ADR L.R. 6-10(f).

    Mr. Cinotto and Ms. Hilson are excused from participating in the session entirely provided that Lisa Berry appears on their behalf and has full settlement authority.

    IT IS SO ORDERED.

November 3, 2011      By:    *Elizabeth D. Laporte*
Dated                                          Elizabeth D. Laporte
                                                United States Magistrate Judge