1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,                        ) No.  5:10-CV-02236-PSG
12 |                                      )
   |         Plaintiff,                   ) **STIPULATION FOR DISMISSAL OF**
13 |                                      ) **ACTION; ORDER**
   |     vs.                              )
14 |                                      )
   | GENUINE AUTOMOTIVE INC., et al.,     )
15 |                                      )
   |         Defendants.                  )
16 |                                      )
   |_____)
17

18      IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff")

19 and Defendants Genuine Automotive, Inc., Donald A. Peck, Trustee of Peck 1993 Trust,

20 Elizabeth Cerrito, Trustee of the Elizabeth Cerrito Trust, Jack Cinotto, Sr., and Lenore Hilson

21 ("Defendants"), the remaining parties to this action, by and through their respective counsel,

22 that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be

23 dismissed with prejudice in its

24 entirety.

25 Date: January 10, 2012                           MOORE LAW FIRM, P.C.

26

27                                                 /s/Tanya E. Moore
                                                   Tanya E. Moore
28 ///                                             Attorney for Plaintiff Ronald Moore

*Moore v. Genuine Automotive, Inc., et al.*
Stipulation for Dismissal
                                    Page 1

| | | |
|---|---|---|
| 1 | Dated:  January 10, 2012 | /s/ Philip Roggeveen |
| 2 | | Philip Roggeveen |
| | | Attorney for Genuine Automotive, Inc. |
| 3 | | |
| 4 | Dated:  December 19, 2011 | BERLINER COHEN |
| 5 | | |
| 6 | | /s/ Mary Katharine Wilson |
| | | Mary Katharine Wilson |
| 7 | | Attorneys for Defendant Donald A. Peck, |
| 8 | | Trustee of Peck 1993 Trust |
| 9 | Dated:  December 19, 2011 | DEKLOTZ & GUGGENHEIM |
| 10 | | |
| 11 | | /s/ Richard R. Guggenheim |
| | | Richard R. Guggenheim |
| 12 | | Attorneys for Defendant Elizabeth Cerrito, |
| 13 | | Trustee of the Elizabeth Cerrito Trust |
| 14 | Dated:  December 20, 2011 | SILICON VALLEY LAW GROUP |
| 15 | | |
| 16 | | /s/ Michael E. Stebbins |
| 17 | | Michael W. Stebbins |
| | | Attorneys for Lenore Hilson and Jack |
| 18 | | Cinotto, Sr. |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: 1/27/2012                         *Paul S. Grewal*
                                         United States ~~District~~ Court Judge
                                                         MAGISTRATE

*Moore v. Genuine Automotive, Inc., et al.*
Stipulation for Dismissal
                                         Page 2