1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,                          ) No. 5:10-CV-02236-PSG
12 |                                        )
   |         Plaintiff,                     ) **STIPULATION FOR DISMISSAL OF**
13 |                                        ) **ACTION; ORDER**
   |     vs.                                )
14 |                                        )
   | GENUINE AUTOMOTIVE INC., et al.,       )
15 |                                        )
   |         Defendants.                    )
16 |                                        )
   | _____)

17

18    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff")
19 and Defendants Genuine Automotive, Inc., Donald A. Peck, Trustee of Peck 1993 Trust,
20 Elizabeth Cerrito, Trustee of the Elizabeth Cerrito Trust, Jack Cinotto, Sr., and Lenore Hilson
21 ("Defendants"), the remaining parties to this action, by and through their respective counsel,
22 that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be
23 dismissed with prejudice in its
24 entirety.

25 Date: January 10, 2012                          MOORE LAW FIRM, P.C.

26

27                                                /s/Tanya E. Moore
                                                  Tanya E. Moore
28 ///                                            Attorney for Plaintiff Ronald Moore

*Moore v. Genuine Automotive, Inc., et al.*
Stipulation for Dismissal

Page 1

| | | |
|---|---|---|
| Dated: January 10, 2012 | | /s/ Philip Roggeveen |
| | | Philip Roggeveen |
| | | Attorney for Genuine Automotive, Inc. |

Dated: December 19, 2011                                    BERLINER COHEN

                                                                    /s/ Mary Katharine Wilson
                                                                    Mary Katharine Wilson
                                                                    Attorneys for Defendant Donald A. Peck,
                                                                    Trustee of Peck 1993 Trust

Dated: December 19, 2011                                    DEKLOTZ & GUGGENHEIM

                                                                      /s/ Richard R. Guggenheim
                                                                    Richard R. Guggenheim
                                                                    Attorneys for Defendant Elizabeth Cerrito,
                                                                    Trustee of the Elizabeth Cerrito Trust

Dated: December 20, 2011                                    SILICON VALLEY LAW GROUP

                                                                    /s/ Michael E. Stebbins
                                                                    Michael W. Stebbins
                                                                    Attorneys for Lenore Hilson and Jack
                                                                    Cinotto, Sr.

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: 1/27/2012                                    *Paul S. Grewal*
                                                      United States ~~District~~ Court Judge
                                                            MAGISTRATE